IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-660-JLK**

**ENTERPRISE MANAGEMENT LIMITED, INC.,**

 Plaintiff,

v.

**MARY LIPPITT, Ph.D., and**
**DONALD WARRICK, Ph.D, an individual,**

 Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

 The Unopposed Motion for Leave to Amend Answer and Affirmative Defenses of Defendant, Donald W. Warrick (doc. #15), filed September 30, 2010, is **GRANTED**. Defendant may amend his answer and affirmative defenses within 5 days of this order.

---

Dated: October 8, 2010