**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date: June 16, 2011 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Kara Spitler |

Civil Action No.: 10-cv-00660-JLK-KMT

ENTERPRISE MANAGEMENT LIMITED,
INC., and
DR. MARY LIPPITT, PH.D.,                             Sanjin Mutic

      Plaintiffs,
v.

DONALD W. WARRICK, PH.D.,                    John R. Mann

      Defendant.

## COURTROOM MINUTES

**Motions Hearing**

**1:59 p.m.     Court in session.**

Court calls case. Counsel present.

Preliminary remarks by the Court.

Counsel are given an opportunity to meet and confer regarding discovery disputes.

**2:00 p.m.     Court in recess.**

**2:16 p.m.     Court in session.**

Counsel inform the Court regarding agreements.

Discussion regarding deposition and interrogatories.

**ORDERED:** The dispositive motions deadline is extended to and including August 26, 2011.

**ORDERED:** Defendant's Motion For Protective Order (Filed 5/27/11; Doc. No. 38) is DENIED as MOOT.

*10-cv-00660-JLK*
*Motions Hearing*
*June 16, 2011*

**ORDERED:   Defendant's Motion To Amend Scheduling Order (Filed 5/27/11; Doc. No. 39) is DENIED as MOOT.**

**2:20 p.m.      Court in recess.**
Hearing concluded.
Time in court - 5 minutes.