**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  December 15, 2011                    Deputy Clerk: Bernique Abiakam
                                             Court Reporter:  Tamara Hoffschildt

---

Civil Action No.: 10-cv-00660-JLK-KMT

ENTERPRISE MANAGEMENT LIMITED,
INC., and MARY LIPPITT, Ph.D.,              Sanjin Mutic

     Plaintiffs,

v.

DONALD W. WARRICK,
Ph.D., an individual,                       John R. Mann

     Defendant.

---

## COURTROOM MINUTES

**Pretrial Conference**

**1:36 p.m.     Court in session.**

Court calls case.  Counsel present.  Plaintiff appears via telephone.

Preliminary remarks by the Court.

Discussion regarding proposed Pretrial Order.

**ORDERED:**  Plaintiffs' Response To Defendant's Motion to Compel Discovery And Plaintiffs' Motion for Protective Order (Filed 11/21/11; Doc. No. 68) is DENIED.

**ORDERED:**  Plaintiffs' Motion For Leave To File A Surreply To Defendant's Motion for Partial Summary Judgment (Doc. 51) And For Permission To Depose (Filed 12/8/11; Doc. No. 70) is DENIED.

**ORDERED:**  Motion To Dismiss State Law Unfair Competition Claim (Filed 8/16/11; Doc. No. 50) is GRANTED.

**ORDERED:**  Motion for Partial Summary Judgment On Plaintiffs' Claims Arising From Defendant's Activities As An Employee Of The University Of Colorado (Filed 8/19/11; Doc. No. 51) is GRANTED.

*10-cv-00660-JLK*
*Pretrial Conference*
*December 15, 2011*

**ORDERED:**  Defendant's Motion For Summary Judgment On Plaintiff Enterprise Management Limited's Unfair Competition Claim (Filed 8/23/11; Doc. No. 52) is GRANTED.

**ORDERED:**  Motion for Sanctions For Subpoena Abuse (Filed 11/4/11; Doc. No. 64) is DENIED.

**ORDERED:**  Motion To Compel Discovery (Filed 11/3/11; Doc. No. 63) is GRANTED.

Argument heard regarding Doc. No. 53.

1:42 p.m.   Argument by Mr. Mann.  Questions by the Court.

1:51 p.m.   Argument by Mr. Mutic.  Questions by the Court.

1:56 p.m.   Further argument by Mr. Mann.

**ORDERED:**  Defendant's Motion For Summary Judgment On Plaintiffs' Copyright Infringement Claim (Filed 8/26/11; Doc. No. 53) is GRANTED.

**ORDERED:**  The proposed Pretrial Order is NOT APPROVED.

**ORDERED:**  Counsel shall meet and confer regarding the status of their case.  A newly proposed Pretrial Order shall be submitted , in editable format to Kane_chambers@cod.uscourts.gov., on or before January 17, 2012.  A further Pretrial Conference may be set.

**2:03 p.m.**   **Court in recess.**
Hearing concluded.
Time in court - 27 minutes.