IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-660-JLK**

**ENTERPRISE MANAGEMENT LIMITED, INC., and
MARY LIPPITT, Ph.D.,**

    Plaintiffs,

v.

**DONALD WARRICK, Ph.D, an individual,**

    Defendant.

___

# MINUTE ORDER
___

Judge John L. Kane **ORDERS**

    Plaintiff's Motion to Amend Complaint (doc. #87), filed January 24, 2012, is **GRANTED**. The *Corrected* Amended Complaint (doc. #92-1), which was submitted with Plaintiff's Corrected Motion for Leave to Amend Complaint is accepted as filed.

___

Dated:  January 26, 2012