IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-660-JLK**

**ENTERPRISE MANAGEMENT LIMITED, INC.,** and
**MARY LIPPITT, Ph.D.,**

       Plaintiffs,

v.

**DONALD WARRICK, Ph.D,** an individual,

       Defendant.

---

## ORDER FOR PRETRIAL CONFERENCE AND FOR REFERRAL TO MAGISTRATE JUDGE

---

Kane, J.

Having reviewed the parties' Joint Status Report and re-reviewed the Tenth Circuit decision on appeal, IT IS ORDERED that the costs award entered against Plaintiffs on May 17, 2012 (Doc. 118) is VACATED and that this matter be set for a Pretrial Conference. The need for discreet rulings of law and related briefing can be addressed at the Pretrial Conference (and may be most appropriate as part of the jury instructions process), and no additional formal motions for summary judgment will be entertained. On or before Tuesday, July 9, 2013, the parties shall CONFER and phone in JOINTLY to chambers (303 844-6118) to set a date and time for the Pretrial Conference.

In addition, this case is REFERRED to Magistrate Judge Tafoya pursuant to 28 U.S.C. §636(b)(1)(A) for settlement proceedings. The Magistrate Judge is directed to convene such settlement conferences and related procedures as may facilitate resolution of this case.

Dated June 28, 2013.                    **s/John L. Kane**
                                                     SENIOR U.S. DISTRICT JUDGE