IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00660-JLK-KMT

ENTERPRISE MANAGEMENT LIMITED, INC., and
MARY LIPPITT, Ph.D.,

    Plaintiffs,

v.

DONALD W. WARRICK, Ph.D., an individual

    Defendant.

---

# ORDER

---

This matter is before the court on the Order of Senior District Judge John L. Kane for "Pretrial Conference and for Referral to Magistrate Judge" [Doc. No. 127]. This court held an unsuccessful settlement conference between the parties on March 18, 2011. At the time, the court's notes prepared subsequent to the conference indicated this court's opinion that further settlement negotiations would not likely be successful or helpful due to the intransigence of one or more of the parties. Pursuant to the District Court's June 28, 2013 Order directing this court "to convene such settlement conferences and related procedures as may facilitate resolution of this case," I directed the parties to file confidential settlement statements on or before July 29,

2013 to determine whether the case had sufficiently changed character to render hope that a settlement conference would be fruitful.

Upon review of the confidential settlement statements submitted by the parties it appears that subsequent to this court's attempted mediation, the appellate court also engaged in mediation for the parties. Unfortunately, the appellate mediation resulted in ultimate offers of settlement as unproductive as those offered in 2011 with this court. Further, the Plaintiff, now represented by yet another attorney in a long string of retained and ultimately dismissed counsel, has shown little interest in further mediation of her case, informing the court that she does not wish to expend funds to travel to Colorado to participate in a settlement conference.[1] This court does not expend its time and energy mediating disputes when the parties are unwilling to attend the conference in person. Remembering the difficulties encountered with mediation in 2011, this court finds that further settlement conferences in this case would be a waste of judicial resources.

Dated this 16th day of September, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

---

[1] Plaintiff's counsel has indicated that another $40,000 to $50,000 in attorney fees will be expended if the case proceeds through trial. Apparently this expenditure is more palatable to the Plaintiff than a few hundred dollars for plane fare to Colorado.