IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-660-JLK-KMT**

**ENTERPRISE MANAGEMENT LIMITED, INC., and**
**MARY LIPPITT,**

       Plaintiffs,

v.

**DONALD WARRICK,**

       Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Kane, J.

THIS MATTER is before the Court on the parties' Stipulated Motion for Dismissal with Prejudice (doc. #138), filed November 15, 2013.  The Motion is GRANTED.  It is,

ORDERED that, pursuant to Fed.R.Civ.P. 41(a)(2), this action is DISMISSED WITH PREJUDICE, each party to bear his, her, or its own costs and attorney fees.

Dated:  November 15, 2013

BY THE COURT:

*s/John L. Kane*
John L. Kane, Senior Judge
United States District Court